IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § <br> § |
| v. | § CRIMINAL NO. 4:12-CR-49-SDJ-KPJ <br> § |
| TIMOTHY MICHAEL DIGRISTINE | § <br> § |

### REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on January 31, 2022, to determine whether Defendant violated his supervised release. Defendant was represented by Michelle Allen-McCoy. The Government was represented by Marisa Miller.

On April 12, 2013, United States District Judge Marcia A. Crone sentenced Defendant to a term of sixty (60) months' imprisonment followed by five (5) years of supervised release. Defendant's term of supervision was revoked on October 2, 2019, and Defendant was sentenced to eight (8) months' imprisonment followed by forty (40) months of supervised release. On March 13, 2020, Defendant completed his second term of imprisonment and began serving the term of supervision. On August 26, 2019, this action was assigned to United States District Judge Sean D. Jordan.

On October 4, 2021, the U.S. Probation Officer filed the Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 82). The Petition asserts Defendant violated the following conditions of supervision: (1) Defendant shall not commit another federal, state, or local crime; (2) Defendant shall not unlawfully possess a controlled substance; and (3) Defendant

shall participate in a program of testing and treatment for alcohol abuse and follow the rules and regulations of that program until discharged. *See* Dkt. 82.

The Petition asserts Defendant violated the foregoing conditions as follows:

- On September 2, 2021, Defendant was arrested for Driving While Intoxicated and Possession of a Controlled Substance. A search of Defendant's vehicle revealed a prescription bottle with Defendant's name on it. The bottle was for an Alprazolam prescription of blue oval pills but contained green rectangular pills that the officer believed to be Xanax. Defendant did not show he had a Xanax prescription. On September 10, 2021, Defendant admitted the pills in the bottle were not prescribed to him but were inside of his pill bottle.
- On August 19, 2021, Defendant was indicted in Texas state court for Publish/Threaten to Publish Intimate Visual Material. Additionally, on November 16, 2020, Defendant was arrested on an outstanding warrant for Unlawful Electronic Transmission of Sexually Explicit Visual Material. The charge remains pending in state court.
- On or about November 3, 2020, Defendant was arrested and charged with Driving While Intoxicated. Defendant admitted to consuming alcohol and Xanax earlier that day.
- On November 3, 2020, Defendant was instructed to commence group substance abuse counseling. The following day, Defendant was removed from the group because of his "disruptive" behavior and refusal to follow the instructions of the program.

On January 31, 2022, the Court conducted a final revocation hearing on the Petition. *See* Dkt. 86. Defendant entered a plea of true to allegations 3, 4, and 5, consented to revocation of his supervised release, and waived his right to object to the proposed findings and recommendations of the United States Magistrate Judge. *See* Dkts. 86, 93. The Government moved to dismiss allegations 1 and 2, which the Court granted. *See* Dkt. 86. The Court finds that Defendant violated the terms of his supervised release, and thus, his supervised release should be revoked.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the January 31, 2022 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eighteen (18) months with no term of supervised release to follow. The Court recommends Defendant be placed at the Federal Bureau of Prisons facility in El Reno, Oklahoma, if appropriate.

**So ORDERED and SIGNED this 1st day of February, 2022.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE